UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN G. REEDY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-00223-TLN-CKD<br><br>**ORDER** |

On August 18, 2021, the magistrate judge filed an order and findings and recommendations (ECF No. 10) which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within 14 days. No objections were filed. Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards. Good cause appearing, the Court concludes it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED:

　1. The findings and recommendations (ECF No. 10) are adopted in full;

///

1

2. Defendant Governor Gavin Newsom, sued in his individual and official capacity, is dismissed from this case as a defendant; and

3. This matter is referred back to the assigned magistrate judge for further pretrial proceedings.

Date:  October 7, 2021

Troy L. Nunley
United States District Judge