UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JUSTIN G. REEDY,

Plaintiff,

v.

STATE OF CALIFORNIA, et al.,

Defendants.

No. 2:21-cv-0223 TLN CKD PS

ORDER

Plaintiff proceeds pro se with this action. Defendants' motions to dismiss are pending. (ECF Nos. 16, 17.) Plaintiff requests an extension of time to respond to the first-filed motion to dismiss and requests to reschedule the hearing date for the first-filed motion to dismiss (ECF Nos. 18, 19). Good cause appearing, IT IS ORDERED:

1. Plaintiff's request for extension of time and request to reschedule hearing date (ECF Nos. 18, 19) are GRANTED;

2. The hearings on defendants' motions to dismiss, currently calendared for December 1, 2021 (ECF No. 16) and December 15, 2021 (ECF No. 17), are RESET to take place January 12, 2022 at 10:00 a.m. and the due dates for opposition and reply, if any, are adjusted accordingly;

////

////

1

3. On the court's own motion, the initial scheduling conference set for January 19, 2022 is VACATED, and will be reset, if appropriate, at a later date.

Dated:  November 15, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Reedy.21cv223.eot2

Unopposed Request to Extend Deadlines     2