UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN G. REEDY, | No. 2:21-cv-00223-TLN-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19). On January 14, 2022, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 38.) Plaintiff was granted an extension of time to file objections and timely filed objections. (ECF No. 41.) Defendants Dye and Edwards filed a response to Plaintiff's objections. (ECF No. 42.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a review of this matter. The Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1.  The findings and recommendations filed January 14, 2022, (ECF No. 38), are adopted in full;

2.     The Motion to Dismiss by Defendants Oakley, Ghaly and Johnson (ECF No. 16) is GRANTED;

3.     The Motion to Dismiss by Defendants Edwards and Dye (ECF No. 17) is GRANTED; and

4.     The Clerk of the Court is directed to close this case.

**DATED: June 1, 2022**

_____
Troy L. Nunley
United States District Judge