UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN G. REEDY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | No.  2:21-cv-00223-TLN-CKD<br><br>**ORDER** |

　　　　On June 2, 2022, this Court adopted the magistrate judge's findings and recommendations and closed this case.  (ECF Nos. 43, 44.)  On June 6, 2022, Justin G. Reedy ("Plaintiff") filed a Motion for 60-Day Extension of Time to File Notice of Appeal and an IFP Application.  (ECF No. 45.)

　　　　Federal Rule of Appellate Procedure ("Rule") 4(a)(5)(A) provides that the district court may extend time to file a notice of appeal if: (1) a party so moves no later than 30 days after the time prescribed expires; and (2) the party shows excusable neglect or good cause.  Fed. R. App. P. 4(a)(5)(A).  Given that Plaintiff filed the instant motion four days following the closure of the case, Plaintiff has met the first prong.  (ECF No. 45.)

　　　　As for showing good cause, Plaintiff is acting *pro se*.  (ECF No. 45 at 2.)  Plaintiff maintains his parents are assisting him and now they have health issues that restrict their activities and ability to help.  (*Id.*)

1

Good cause appearing, the Court GRANTS Plaintiff's Motion. (ECF No. 45.) Plaintiff has until August 5, 2022, to file his notice of appeal.

IT IS SO ORDERED.

**DATED:** June 14, 2022

Troy L. Nunley
United States District Judge